**Order entered June 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01325-CR

**SERGIO PARAMO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-53228-M**

## ORDER

The Court **ORDERS** court reporter Debi Harris to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing a copy of State's Exhibit no. 4, a CD with photos.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Debi Harris, Deputy Official Court Reporter, 194th Judicial District Court, and to counsel for all parties.

/s/    DAVID EVANS
        JUSTICE